Ann Swartwood, Appellant, v. Ezra Woolever and others. Respondents.—Decree of the surrogate of Tompkins county reversed and a

THIRD DEPARTMENT, SEPTEMBER TERM, 1885.

new trial ordered at the circuit of Tompkins county, with costs of this appeal to abide the final award of costs by the surrogate. Order may be settled by Justice Vann. Opinion by Vann, J